## Case No. 15,251.

### UNITED STATES v. GRAY.

[2 Cranch, C. C. 675.][1]

Circuit Court, District of Columbia. May Term, 1826.

DISORDERLY HOUSE—EVIDENCE OF GENERAL CHARACTER.

1. In a prosecution for keeping a disorderly house, the general character of the house is in issue, and may be given in evidence.

[Disapproved in Henson v. State, 62 Md. 235. Cited in brief in Breckinridge v. American Cent. Ins. Co., 87 Mo. 64. Cited in Grove v. Little, 11 Leigh, 192.]

2. A house kept for the meeting of men and women for illegal and obscene purposes, or for the purpose of enticing young girls there for debauchery, is a disorderly house.

Indictment [against Henry Gray] for keeping a disorderly house.

Upon the trial, THE COURT (CRANCH, Chief Judge, doubting,) said the general character of the house was in issue, and permitted the attorney of the United States to give evidence of its general reputation.

THE COURT also (nem. con.) instructed the jury that if they should be satisfied, by the evidence, that the defendant kept a house for the meeting of men and women for illegal and obscene purposes, or for the purpose of enticing young girls there for debauchery, the indictment was supported; and that it was not necessary that the United States should prove all the circumstances laid in the indictment by way of aggravation.